IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AMY GLADFELDER**,<br><br>    Plaintiff,<br><br>    v.<br><br>**PACIFIC COURIER SERVICES, LLC** and **JAMES HOLMAN**,<br><br>    Defendants. | Case No. 3:12-cv-02161-SI<br><br>**ORDER** |

Patrick L. McGuigan and Daniel Kalish, HKM EMPLOYMENT ATTORNEYS PLLC, One World Trade Center, 121 S.W. Salmon St., Suite 1100, Portland, OR 97204; Lisa A. Burke, HKM EMPLOYMENT ATTORNEYS PLLC, 600 Stewart Street, Suite 901, Seattle, WA 98101. Of Attorneys for Plaintiff.

Christopher E. Hawk and Kjersten H. Turpen, GORDON & REES LLP, 121 S.W. Morrison Street, Suite 1575, Portland, OR 97204. Of Attorneys for Defendant.

**Michael H. Simon, District Judge**.

The parties' stipulated motion to dismiss Plaintiff's Ninth Claim for Relief for wrongful constructive discharge (Dkt. 54) is GRANTED. Plaintiff's Ninth Claim for Relief is dismissed.

IT IS SO ORDERED.

Dated this 15th day of June, 2014.

                                    /s/ Michael H. Simon
                                    Michael H. Simon
                                    United States District Judge

PAGE 1 –ORDER