THE HONORABLE MICHAEL H. SIMON

Patrick L. McGuigan, OSBA No. 126109
Lisa Burke, WSBA No. 42869
HKM Employment Attorneys LLP
121 SW Salmon St., Suite 1100
Portland, Oregon  97204
Telephone: (503) 894-6018
Email: plmcguigan@hkm.com
*Attorneys for Plaintiff Amy Gladfelder*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON PORTLAND DIVISION

AMY GLADFELDER,

      Plaintiff,

v.

PACIFIC COURIER SERVICES, LLC and
JAMES HOLMAN;

      Defendants.

**Case No. 3:12-cv-02161-SI**

**STIPULATION AND ORDER OF DISMISSAL**

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

//

//

//

1 – STIPULATION AND ORDER OF DISMISSAL

Stipulated to and presented this 9th day of December, 2014.

| HKM EMPLOYMENT ATTORNEYS LLP | GORDON & REES LLP |
|---|---|
| By: /s *Patrick Leo McGuigan*<br>Patrick Leo McGuigan, OSB No. 126109<br>One World Trade Center<br>121 SW Salmon St., Suite 1100<br>Portland, OR 97204<br>Fax: (206) 260-3055<br>Tel: (503) 345-0806<br>Email: plmcguigan@hkm.com | By: /s *Kjersten Turpen*<br>Kjersten Turpen, OSB No. 025920<br>Christopher E. Hawk, OSB No. 061635<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Fax: (503) 616-3600<br>Tel: (503) 222-1075<br>Email: kturpen@gordonrees.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

The parties, having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The clerk is directed to send copies of this Order to all counsel of record.

DATED this 9th day of December, 2014.

/s/ Michael H. Simon
The Honorable Michael H. Simon

Presented by:

| HKM EMPLOYMENT ATTORNEYS LLP | GORDON & REES LLP |
|---|---|
| By: /s *Patrick Leo McGuigan*<br>Patrick Leo McGuigan, OSB No. 126109<br>One World Trade Center<br>121 SW Salmon St., Suite 1100<br>Portland, OR 97204<br>Fax: (206) 260-3055<br>Tel: (503) 345-0806<br>Email: plmcguigan@hkm.com | By: /s *Kjersten Turpen*<br>Kjersten Turpen, OSB No. 025920<br>Christopher E. Hawk, OSB No. 061635<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Fax: (503) 616-3600<br>Tel: (503) 222-1075<br>Email: kturpen@gordonrees.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

2 – STIPULATION AND ORDER OF DISMISSAL